MICHAEL GREELEY, Appellant, *v.* THE BOARD OF EDUCA-
TION OF THE CITY OF NEW YORK, Respondent.

*Greeley* v. *Board of Education, New York City*, 144 App. Div.
911, appeal dismissed.

(Submitted March 19, 1912; decided April 2, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
April 21, 1911, which affirmed an order of Special Term
denying a motion by plaintiff for leave to perfect his
appeal to the Appellate Division, open his default and
serve a proposed case on appeal.

*Walter M. Effross* and *John Jerome Rooney* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.